IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| ENCISO RODRIGO ACEVES | § |
| VS. | §   CIVIL ACTION NO. 1:03cv171 |
| EMPLOYEE CARTER, ET AL. | § |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE's REPORT AND RECOMMENDATION

    Plaintiff Enciso Rodrigo Aceves, an inmate confined at the Federal Correctional Institution in Three Rivers, Texas, proceeding *pro se*, brought this lawsuit against Employee Carter, Lieutenant Hencock, John M. Tombone, and Marvin D. Morrison.

    The court heretofore referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The Magistrate Judge recommends this action be dismissed for want of prosecution.

    The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

---

[1] The copy of the report mailed to plaintiff was returned to the court as undeliverable.  Plaintiff has not provided the court with a current address at which he may be contacted.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 21st day of July, 2005.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE